IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DOREK ROBERSON,

    Plaintiff,

v.

SANDI WEST, et al.,

    Defendants.

CIVIL ACTION NO.: 6:18-cv-35

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 25. No party has filed objections to the Report and Recommendation, but Plaintiff has moved for leave to amend his Complaint and for leave to file supplemental complaints. Docs. 28, 29. The Court previously granted Plaintiff leave to amend his Complaint, docs. 18, 22, 23, but the Court "should freely grant leave to amend when justice so requires." Fed. R. Civ. P. 15(a)(2). The Court **GRANTS** Plaintiff's Motions, docs. 28, 29, and **DIRECTS** the Clerk of Court to docket these filings as "Second Amended Complaint" and "Supplement to Second Amended Complaint," respectively. These new pleadings have no bearing on the Magistrate Judge's Recommendation that the Court dismiss Defendant Smith without prejudice from this case, at Plaintiff's request. Doc. 20. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, doc. 25, and **DIRECTS** the Clerk of Court to correct the name of Defendant Whitley to Defendant Whitefield upon the docket and record of this case.[1] The Court **DISMISSES without prejudice** Plaintiff's

---

[1] It appears Defendant Whitefield's name was incorrectly docketed. Plaintiff's Second Amended Complaint provides the correct name for this Defendant. Doc. 28 at 6.

claims against Defendant Smith. Plaintiff's claims against all other Defendants shall remain pending.

**SO ORDERED**, this 6th day of September, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA