AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DOREK ROBERSON,

    Plaintiff,

v.

SANDI WEST, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 618-035

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated September 15, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the Court's opinion; therefore, Defendants' Motion to Dismiss is GRANTED and Plaintiff's Complaint is DISMISSED without prejudice based on his failure to exhaust administrative remedies. Furthermore, Plaintiff is DENIED in forma pauperis status on appeal. This case stands CLOSED.

09/15/2020
Date

John E. Triplett, Acting Clerk
Clerk

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/2020